Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS GONZALEZ | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 15-CV-767T |
| v. | |
| CAROLYN W. COLVIN | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the Commissioner's decision is Affirmed; that Plaintiff's Motion for Judgment on the Pleadings is Denied and that Defendant's Motion for Judgment on the Pleadings is Granted.

Date: February 26, 2018                MARY C. LOEWENGUTH
                                       CLERK OF COURT


                                       By: s/Suzanne Grunzweig
                                           Deputy Clerk